UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RALPH DANA SHIPLER, #338399,

        Petitioner,

v.                                        ACTION NO. 2:07CV193

GENE M. JOHNSON,
Director of the Virginia
Department of Corrections,

        Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to petitioner's convictions on February 7, 2004, in the Circuit Court of Fairfax County for three counts of manufacture of sexually explicit pictures of person under eighteen years of age, as a result of which he was sentenced to serve fifteen years in the Virginia penal system with nine years suspended.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Report of the Magistrate Judge was filed on August 16, 2007, recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On September 4, 2007, the Court received petitioner's response to the Report and Recommendation and request for an evidentiary hearing.

The Court, having reviewed the record and examined the objections filed by the petitioner to

the United States Magistrate Judge's Report, and having made de novo findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report of the United States Magistrate Judge filed August 16, 2007. It is, therefore, ORDERED that the petition be DENIED and DISMISSED. The petition is barred by the statute of limitations.

It is further ORDERED that judgment be entered in favor of the respondent, and that petitioner's motion for an evidentiary hearing [Doc. No. 15] be DENIED.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to all counsel of record.

_____
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

October 14, 2007